UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TERRANCE WILLIAMS, | Case No. 3:22-cv-00426-ART-CLB |
| Plaintiff | ORDER |
| v. | |
| MILLER, et al., | |
| Defendants | |

**I.    DISCUSSION**

According to the Nevada Department of Corrections ("NDOC") inmate database, Plaintiff is no longer incarcerated. However, Plaintiff has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc. R. IA 3-1. This Court grants Plaintiff until May 19, 2023, to file his updated address with this Court. If Plaintiff does not update the Court with his current address by May 19, 2023, this case will remain closed.[1]

Additionally, the Court denies the application to proceed *in forma pauperis* for prisoners (ECF No. 12) as moot because Plaintiff is no longer incarcerated. The Court now directs Plaintiff to file an application to proceed *in forma pauperis* by a non-prisoner by May 19, 2023, or pay the full filing fee of $402.

---

[1] On February 10, 2023, the Court stated that it would consider reopening Plaintiff's case and screening his complaint if he filed the missing documents to his application to proceed *in forma pauperis* for prisoners and filed a motion to reopen within the specified time. (ECF No. 11). Although Plaintiff submitted the missing documents to his application to proceed *in forma pauperis* (*see* ECF Nos. 12, 13), Plaintiff is no longer incarcerated, and the Court does not have an updated address for Plaintiff.

## II. CONCLUSION

For the foregoing reasons, it is ordered that Plaintiff file an updated address with the Clerk of the Court by **May 19, 2023**.

It is further ordered that Plaintiff's application to proceed *in forma pauperis* for prisoners (ECF No. 12) is denied as moot.

It is further ordered that the Clerk of the Court will send Plaintiff the approved form application to proceed *in forma pauperis* by a non-prisoner, as well as the document entitled information and instructions for filing an *in forma pauperis* application.

It is further ordered that by **May 19, 2023**, Plaintiff will either: (1) file a fully complete application to proceed *in forma pauperis* for non-prisoners; or (2) pay the full filing fee of $402.

It is further ordered that, if Plaintiff fails to timely comply with this order, this case will remain closed.

DATED THIS  20th day of April 2023.

_____
UNITED STATES MAGISTRATE JUDGE